UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIE F. BLOUNT,**

    **Plaintiff,**

**v.**                                                        Case No:  6:16-cv-1969-Orl-41GJK

**JOHN DOE, JANE DOE and JANE DOE,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion (Doc. 2), requesting that he be permitted to proceed *in forma pauperis*. United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 5), recommending that the Motion be denied, that the Complaint be dismissed without prejudice, and that Plaintiff be permitted to file an amended complaint.

After a *de novo* review, and noting that not objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Plaintiff's Motion (Doc. 2) requesting that he be permitted to proceed *in forma pauperis* is **DENIED**.

    3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before September 6, 2017**, Plaintiff may file an Amended Complaint that complies with the requirements set forth in the Report and Recommendation. Failure to do so may result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on August 30, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party